

JUN 2 3 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KATERINA MARIE BOLEJACK,<br><br>　　　　　　Defendant. | CR 19-26-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, July 2, 2020 at 1:30 p.m., is **VACATED** and reset to commence on **Thursday, July 2, 2020 at 9:30 a.m.**, changing the time of the hearing only.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 23rd day of June, 2020.

　　　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE